STEVEN N. WILLIAMS (NJ Bar No. 47861992)
swilliams@cpmlegal.com
NIALL P. McCARTHY
nmccarthy@cpmlegal.com
JUSTIN T. BERGER
jberger@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California  94010
Telephone:   (650) 697-6000
Facsimile:    (650) 692-3606

*Attorneys for Defendants*
*Chris Riedel and Hunter Laboratories, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FAIR LABORATORY PRACTICES ASSOCIATES AND NPT ASSOCIATES**,<br><br>Plaintiffs,<br><br>v.<br><br>**CHRIS RIEDEL AND HUNTER LABORATORIES, LLC**,<br><br>Defendants. | Case No. 2:14-cv-02581-WJM-MF<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO CHANGE VENUE PURSUANT TO FED. R. CIV. P. 12(b)(3)**<br><br>Courtroom:  MLK 4B<br>Judge:       Hon. William J. Martini |

## NOTICE OF MOTION AND MOTION TO DISMISS, OR ALTERNATIVELY, TO CHANGE VENUE

TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Chris Riedel and Hunter Laboratories, LLC hereby move this Court, located at 50 Walnut Street, Newark, New Jersey  07101, the Honorable William J. Martini presiding, for an order under Federal Rule of Civil Procedure 12(b)(3), dismissing with prejudice all of the claims and causes of action contained in the Complaint (Dkt. No. 1) filed in this action against Defendants Chris Riedel and Hunter Laboratories, LLC, or, in the alternative, for an order changing venue to the Southern District of New York.

/ / /

Defendants' Motion is based on this Notice of Motion, the Brief filed concurrently herewith, the Declaration of Justin T. Berger in support thereof, such oral and documentary evidence as may be presented at the hearing of this Motion, and on all papers and records on file in this action.

Dated:  June 17, 2014	**COTCHETT, PITRE & McCARTHY, LLP**

By: _/s/ Steven Williams_
STEVEN N. WILLIAMS
NIALL P. McCARTHY
JUSTIN T. BERGER
840 Malcolm Road
Burlingame, California  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 692-3606
swilliams@cpmlegal.com
nmccarthy@cpmlegal.com
jberger@cpmlegal.com

*Attorneys for Defendants*
*Chris Riedel and Hunter Laboratories, LLC*

2