UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FAIR LABORATORY PRACTICES ASSOCIATES AND NPT ASSOCIATES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHRIS RIEDEL AND HUNTER LABORATORIES, LLC,**<br><br>**Defendants.** | Civ. No. 2:14-02581 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendants' motion to dismiss for improper venue under Federal Rule of Civil Procedure 12(b)(3), or alternatively, to transfer the case to the United States District Court for the Southern District of New York under 42 U.S.C. § 1404(a);

**IT IS** on this 20th day of October 2014, hereby,

**ORDERED** that Defendants' motion is **DENIED**.

                                          /s/ William J. Martini
                                    **WILLIAM J. MARTINI, U.S.D.J.**