UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------X

FAIR LABORATORY PRACTICES
ASSOCIATES; NPT ASSOCIATES;                    2:14-cv-02581

            Plaintiffs,

v.
                                              ORDER ON MANDATE
CHRIS RIEDEL, HUNTER
LABORATORIES, LLC.,

            Defendants.
-----------------------------X

    This matter comes before the Court upon its own

motion.

    This Court issued an Order on February 22, 2016 granting

Quest Diagnostics International motion to intervene and granting

Hunter Laboratories, LLC., motion to seal the Settlement

Agreement.

    The United States Court of Appeals for the Third Circuit

rendered a judgment on December 7, 2016 vacating and remanding

this Court's decision;

    For the above reasons and for good cause appearing;

    It is on this 30th day of January, 2017

    ORDERED that the above-captioned matter is reopened for

further proceedings;


                              WILLIAM J. MARTINI, U.S.D.J